# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JARMELL ANTWON ELSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  5:18-cv-02112-KOB-HNJ |
| ) | |
| CAPTAIN STEPHEN LANGFORD, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 26, 2020, recommending the defendants' special report be treated as a motion for summary judgment and further recommending that the motion be granted.  (Doc. 29).  Although the parties were advised of their right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS the recommendation.  Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist.

DONE and ORDERED this 30th day of November, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE